NEW JERSEY SPORTS AND EXPOSITION AUTHORITY v.
LEON KOZIOL.

July 8, 1980.

Petition for certification denied.  (See 172 *N.J.Super.* 219)

STATE OF NEW JERSEY v. JOHN DAVID WRIGHT.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HILD.

July 8, 1980.

Petition for certification denied.

WALTER H. GARDNER v. ALEXANDER E. BUCKHOLTZ.

July 8, 1980.

Petition for certification denied.

WALTER H. GARDNER v. ALEXANDER E. BUCKHOLTZ.

July 8, 1980.

Cross-Petition for certification denied.